UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**DEMETRIUS L. STRAUGHTER**,

    Plaintiff,

v.

**PEPSI MIDAMERICA CO.**,

    Defendant.                        No. 13-cv-800-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the 60 Day Order entered on February 6, 2014, this case is **DISMISSED** with prejudice.

                                      NANCY J. ROSENSTENGEL,
                                      CLERK OF COURT


                                  BY:    /s/*Sara Jennings*
                                             Deputy Clerk


Dated:   April 14, 2014

Digitally signed by David R. Herndon
Date: 2014.04.14 11:17:28 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**